

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

#2

**I. (a) PLAINTIFFS:** JOYCE A. JENNINGS

**DEFENDANTS:** BLOOMINGDALE'S, INC.

**(b)** County of Residence of First Listed Plaintiff: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: COOK
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

KC FILED DEC 20 2007 MICHAEL W. DOBBINS CLERK U.S. DISTRICT COURT

Attorneys (If Known): MR. FRANK FEIN; PERSONNEL SERVICES CONSULTANT; 13576 MOROCCA LANE; DELRAY BEACH, FL 33446

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

07CV7163
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[Nature of suit checkboxes — ☒ 442 Employment marked under CIVIL RIGHTS]

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION:** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): DISCRIMINATION
Brief description of cause: TERMINATION BASED ON RACE/BLACK.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $28,350    CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 12/20/07

SIGNATURE OF ATTORNEY OF RECORD: Joyce Jennings