

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Joyce A. Jennings
(Please print)

STREET ADDRESS: P.O. Box 5688; 801 Monroe St., #G

CITY/STATE/ZIP: Evanston, IL 60204

PHONE NUMBER: (847)501-1506 or (847)553-4250

CASE NUMBER:
07CV7163
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS

Signature: Joyce Jennings       Date: 12/20/07

KC **FILED**
DEC 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)