## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7163 | **DATE** | 1/7/2008 |
| **CASE TITLE** | Joyce A. Jennings vs. Bloomingdale's, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for leave to proceed *in forma pauperis* ("IFP") [4] is denied. Plaintiff's complaint [1] is dismissed as time-barred.

■[ For further details see text below.]  Notices mailed.

## STATEMENT

Requests to proceed IFP are reviewed under 28 U.S.C. § 1915. To ensure that indigent litigants have meaningful access to the courts, § 1915 allows an indigent litigant to commence an action in federal court without paying the administrative costs of the lawsuit. *Denton v. Hernandez*, 504 U.S. 25, 27 (1992); *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). The court is required to deny a request to proceed IFP if (1) the allegation of poverty is untrue, (2) the action is frivolous or fails to state a claim, or (3) the action seeks monetary relief against an immune defendant. 28 U.S.C. § 1915(e)(2); *see Neitzke*, 490 U.S. at 324.

Jenning's complaint against Bloomingdale's, Inc., fails to state a claim because the face of the complaint demonstrates that Jenning's claim is time-barred. A Title VII claimant must file a civil rights action in federal court within 90 days of receiving the EEOC's right-to-sue letter. 42 U.S.C. § 2000e-5(f)(1); *Threadgill v. Moore U.S.A., Inc.*, 269 F.3d 848, 849-50 (7th Cir. 2001). The 90-day statute of limitations begins to run on the day the claimant receives the right-to-sue letter. *Threadgill*, 269 F.3d at 850. Here, Jennings asserts in her complaint that she received her right-to-sue letter on September 14, 2007, but she did not file her complaint until December 20, 2007, 97 days after her receipt of the EEOC's notice. Jenning's failure to timely file her complaint is fatal to her claim. Consequently, Jenning's application to proceed IFP is denied, and her complaint is dismissed.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|