*BR*

## IN THE U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Joyce A. Jennings , <br> Plaintiff | ) <br> ) <br> ) | |
| | ) | Case No.  07CV7163 |
| v. | ) <br> ) | |
| | ) | Judge Holderman |
| Bloomingdale's, Inc. , <br> Defendant | ) <br> ) <br> ) <br> ) | |

FILED
MAY X 5 2008
MAY 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION FOR/ ~~TO~~ *RECONSIDERATION*

Plaintiff, Joyce A. Jennings, submits her motion for/to Judge Holderman, Magistrate.

In support of her motion, Plaintiff states as follows:

1) Given Judge Holderman's time-barred dismissal, referencing the Title VII civil rights action, I did not meet the 90 day deadline in which to file the complaint in the above.

.2) Aside from this requirement, for the Title VII civil rights action, the additional request to have my complaint considered under code 42 U.S.C./1981 had not been determined.

3) Therefore, it is my endeavor to request that Judge Holderman reinstate my complaint based on the parameters indicated by code 42 U.S.C./1981 at present.

*Joyce A. Jennings*  May 5, 2008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Joyce A. Jennings

PLAINTIFF

VS.

Bloomingdale's, Inc.

DEFENDANT

CASE NO. 07CV 7163

## PROOF OF SERVICE

MR. FRANK FEIN

TO: PERSONNEL SERVICES CONSULTANT
13576 MOROCCA LAKE LANE
DELRAY BEACH, FL 33446

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 5 day of MAY, 2008
served a copy of this MOTION to each person whom it is directed by way of
U.S. POSTAL SERVICE/PRIORITY

Name JOYCE JENNINGS
Address P.O. Box 5688
City/Zip EVANSTON, IL 60204      Joyce Jennings 5/5/08
(847) 501-1506                    Signature