

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

RECEIVED
DEC 2 0 2007
DEC 20, 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**GMR**

JOYCE A. JENNINGS )
_____ )
(Name of the plaintiff or plaintiffs) )
                                     )   CIVIL ACTION
v.                                   )
                                     )   NO._____
                                     )   (Case number will be supplied by the
                                     )   assignment clerk)
BLOOMINGDALE'S, INC.                 )
_____ )
                                     )   **07CV7163**
_____ )         )   **JUDGE HOLDERMAN**
(Name of the defendant or defendants))   **MAGISTRATE JUDGE KEYS**

**FILED**
**MAY 14, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is JOYCE A. JENNINGS of the county of COOK in the state of ILLINOIS.
3. The defendant is BLOOMINGDALE'S, INC., who resides at (street address) 900 N. MICHIGAN AVENUE (city) CHICAGO (county) COOK (state) IL (ZIP) 60611 (Defendant's telephone number) 312- 440-4861

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at
   (street address) SAME AS #3

   (city)_____(county)_____(state)_____(ZIP code)_____

5. The plaintiff [check one box]

   (a) ☐  was denied employment by the defendant.

   (b) ☐  was hired and is still employed by the defendant.

   (c) ☒  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) 12, (day) 6, (year) 2005.

7. (a) The plaintiff [check one box]  ☐ *has not* filed a charge or charges against the defendant
   ☒ *has*

   asserting the acts of discrimination indicated in this complaint with any of the following  government
   agencies:

   (i)      ,the United States Equal Employment Opportunity Commission on or about
            (month)_____ (day)_____ (year)_____.

   (ii) ☒   the Illinois Department of Human Rights on or about
            (month) 5 (day) 16 (year) 06.

   (b)   If charges *were* filed with an agency indicated above, a copy of the charge is

   attached.    ☒ YES   ☐ NO

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of
   Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to
   believe that this policy was not followed in this case.

8. (a) ☐   the United States Equal Employment Opportunity Commission has not issued a *Notice*
           *of Right to Sue.*

   (b) ☒   the United States Equal Employment Opportunity Commission has issued a *Notice of*
           *Right to Sue*, which was received by the plaintiff on (month) 9
           (day) 14 (year) 2007 a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☒ YES    ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ other (specify):_____

    _____
    _____
    _____
    _____
    _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I, JOYCE A. JENNINGS, CLAIM TO hAVE bEEN TERMINATED FROM BloomiNGDAlE'S FOR VIOLATING BloomingDAlE'S CITED ACCOUNT USE policy while my white COUTERpART who ASSISTED ME, iN whole or pART, iN CARRYING OUT THE SAME WAS NOT TERMINATED FROM BloomiNGDAlE'S.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐  Direct the defendant to hire the plaintiff.
(b) ☒  Direct the defendant to re-employ the plaintiff.
(c) ☐  Direct the defendant to promote the plaintiff.
(d) ☐  Find that the defendant failed to reasonably accommodate the plaintiff's religion.
(e) ☐  Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
(f) ☒  Direct the defendant to (specify):_____

_____
_____
_____
_____
_____
_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

(h) ☒   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) *Joyce Jennings*

(Plaintiff's name) JOYCE A. JENNINGS

(Plaintiff's street address) P.O. BOX 5688,
801 MONROE STREET, #G

(City) EVANSTON   (State) IL   (ZIP) 60204

(Plaintiff's telephone number) (847)-501-1506 OR
(847) 553-4250

| CHARGE OF DISCRIMINATION<br>The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.<br>#06W0515.10 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2006CF3034 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Joyce A. Jennings | HOME TELEPHONE (Include area code)<br>(847) 644-0715 | |
|---|---|---|
| STREET ADDRESS<br>P.O. Box 5688 | CITY, STATE AND ZIP CODE<br>Evanston, Illinois 60204 | DATE OF BIRTH |

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Bloomingdale's | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(312) 440-4861 |
|---|---|---|
| STREET ADDRESS<br>900 N. Michigan Avenue | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60611 | COUNTY<br>Cook |
| CAUSE OF DISCRIMINATION BASED ON:<br>RACE | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>12/06/05<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

I. A. ISSUE/BASIS

DISCHARGE – DECEMBER 6, 2005, DUE TO MY RACE, BLACK

B. PRIMA FACIE ALLEGATIONS

1. My race is black.

2. My work performance as sales associate met Respondent's expectations. I was hired on November 24, 2004.

3. On December 6, 2005, I was discharged by Maureen Smith (non-black), Human Resources Manager. The reason cited for the discharge was having violated Respondent's employee account use policy.

4. A similarly siatuted, white employee, Beverly Schultz, was cited for violating Respondent's employee account use policy, however, she was not discharged.

HMS/RCG/JJT

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br>_[signature]_ 5/10/06<br>NOTARY SIGNATURE   MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>Krystal I. Rogers<br>Notary Public, State of Illinois<br>My Commission Expires Nov. 15, 2006<br><br>NOTARY SEAL | X _[signature]_ 5/10/05<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Chicago Status Line: (866) 408-8075
Chicago Direct Dial: (312) 353-2714
TTY (312) 353-2421
FAX (312) 353-4041

September 27, 2007

Joyce A. Jennings
P O Box 5688
Evanston, IL 60204

Dear Ms. Jennings,

    This acknowledges your inquiry regarding the Notices of Right To Sue you received from our office. We inadvertently issued two Notices. Please disregard the Dismissal & Notice of Rigths dated September 11, 2007. It is being revoked. Your operative Notice is the Notice dated September 14, 2007, which had been requested sometime ago and was delayed in transmittal by our office.

    Should you have any questions please contact Nola Smith, State & Local Coordinator at (312) 886-5973.

Sincerely,

John P. Rowe
District Director

Cc: Mr. Frank Fein
Personnel Services Consultant
13576 Morocca Lake Lane
Delray Beach, FL 33446

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Joyce A. Jennings<br>P O Box 5688<br>Evanston, IL 60204 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL #: 7003 3110 0004 0947 4245**

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-01761 | Armernola P. Smith,<br>State & Local Coordinator | (312) 886-5973 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____  September 14, 2007
John P. Rowe,                        (Date Mailed)
District Director

Enclosures(s)

cc: **BLOOMINGDALES**
    900 N Michigan Ave
    Chicago, IL 60611



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sarita Gaddis** and mailed to the address above or faxed to (312) 353-4041.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* **Before filing a lawsuit,** but within 90 days of your receipt of the Right to Sue, or

* **After your lawsuit has been filed.** If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the first page of your court complaint that shows the court docket number.

If you are the Respondent you may be granted access to the file **only after** a lawsuit has been filed. Include with your request a copy of the first page of the court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure before you are granted access to the file.(Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

Your request for access to the file will be acted upon no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by Aloha Document Services, 55 East Jackson Blvd., Suite 310, Chicago, IL 60604, (312) 542-1300. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, it is recommended that you first review your file to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent in its entirety to the copy service, and you will be responsible for the cost. Payment must be made directly to Aloha Document Services.

(revised 04/07)



```
***** WELCOME TO *****
        STATION E
      100 W RANDOLPH
   CHICAGO, IL 60601-9997
      12/20/07 13:06:53

Track & Confirm Delivery Status

You entered 7099 3400 0014 4054 4369

Your item was delivered at 10:43 am on
September 18, 2007 in EVANSTON, IL
60201.

For additional information, visit our
Track & Confirm website at
www.usps.com, or call us at
1-800-222-1811.

             Thanks.
      It's a pleasure to serve you.

*****************************************
*                                       *
*     Your opinion matters to us.       *
*           Please visit                *
*                                       *
*       http://gx.gallup.com/apc        *
*****************************************
```

joyce jennings
To See: INTAKE UNIT, EEOC
EEOC, Suite 2800
12/20/2007 10:31 AM



Joyce Jennings
To See: INTAKE UNIT, EEOC
EEOC, Suite 2800
12/17/2007 12:28 PM

