UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOYCE A. JENNINGS,<br>       Plaintiff,<br>vs.<br>BLOOMINGDALE'S, INC.,<br>       Defendant | )<br>)<br>)<br>)<br>)  Case No.: 07 CV 7163<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 7, 2008, a copy of the foregoing **Attorney Appearance** was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                **/s/ Jill A. Cheskes #06237878**
                                SmithAmundsen LLC
                                150 N. Michigan Avenue – Suite 3300
                                Chicago, IL  60601
                                Phone: (312) 894-3200
                                Fax:    (312) 894-3210