# EXHIBIT B

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

JOYCE A. JENNINGS
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

BLOOMINGDALE'S, INC.
DEFENDANT

CASE NUMBER: 07CV7163
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

BLOOMINGDALE, INC.
MR. FRANK FEIN
PERSONNEL SERVICES CONSULTANT
3576 MOROCCA LANE
DELRAY BEACH, FL 33446

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOYCE A. JENNINGS
P.O. BOX 5688
EVANSTON, IL 60204

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Gwen Rosegay_ (signature)
(By) DEPUTY CLERK

5/15/08

[Stamp: 2008 MAY 16 PM 3:58 / ADMINISTRATIVE SECTION / NORTHERN DIST. OF IL / RECEIVED / UNITED STATES MARSHAL]

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)