# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOYCE A. JENNINGS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 07 CV 7163 ) |
| BLOOMINGDALE'S, INC., | ) ) ) |
| Defendant | ) ) |

### AFFIDAVIT OF FRANKLIN FEIN

I, Franklin Fein, being first duly sworn, depose and state on oath that I have personal knowledge of the facts contained herein and, if I am called to testify, my testimony would be:

1.  My residential address is 13576 Morocca Lane, DelRay Beach, Florida 33446. I am self employed and work out of my home. The name of my company is Personnel Services Consultant. I am not employed by any other individual, entity, corporation, or company. I am not employed by Bloomingdale's, Inc.

2.  In 2006, I was hired by Bloomingdale's, Inc. to investigate and respond to an Illinois Department of Human Rights Charge filed by Joyce A. Jennings. I completed this assignment in September 2007 when the EEOC issued a dismissal and Notice of Right to Sue.

3.  Although I have a law degree, I was not specifically retained as an attorney in the Jennings matter, since lay persons are authorized to respond to the type of EEOC and Illinois Department of Human Rights Charge made by Ms. Jennings.

4.  After September 2007 I did no further work on the Jennings matter until I was served with a Summons in this case at my home in Florida on June 17, 2008.

5.   I am not an officer, director, or managing agent for Bloomingdale's. I am not a registered agent of Bloomingdale's and Bloomingdale's has never authorized me to receive service of process for it. I am not an agent of Bloomingdale's for service of process or for any other matter.

Further affiant say not:

_____
Franklin Fein

BEFORE ME, a Notary Public in and for the State of Florida on this 2 day of _July_, 2008, personally appeared FRANKLIN FEIN. to me well known to be the person described in and who signed the foregoing, and acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal the date aforesaid.


Notary Public State of Florida
Beth A Krakower
My Commission DD712383
Expires 11/03/2011

_____
(NOTARY PUBLIC)