# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOYCE A. JENNINGS, )<br>　　　　Plaintiff, )<br>vs. )<br>BLOOMINGDALE'S, INC., )<br>　　　　Defendant ) | Case No.: 07 CV 7163 |

## AFFIDAVIT OF SUZANNE WOODARD

I, Suzanne Woodard, being first duly sworn, depose and state on oath that I have personal knowledge of the facts contained herein and, if I am called to testify, my testimony would be:

1. My name is Suzanne Woodard and I am an attorney employed by Macy's Corporate Services, Inc., a subsidiary of Macy's, Inc. which also owns Bloomingdale's, Inc.

2. Bloomingdale's is a department store with corporate headquarters is located at 100 Third Avenue, New York, New York.

3. Bloomingdale's operates approximately 40 stores throughout the country, including four (4) in the Chicagoland area.

4. The Bloomingdale's address identified in Jennings' Complaint is the address for one of the Bloomingdale's stores located in Chicago.

5. Bloomingdale's was not served with Summons at this location, its corporate headquarters, any of its business locations, or through its registered agent.

_____
Suzanne Woodard

1

BEFORE ME, a Notary Public in and for the State of Missouri on this 3rd day of July, 2008, personally appeared Suzanne Woodard to me well known to be the person described in and who signed the foregoing, and acknowledged to me that she executed the same freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal the date aforesaid.

Stacey Anderson
(NOTARY PUBLIC)

STACEY ANDERSON
Notary Public – Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: 07/31/2010
Commission Number: 06921467