UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joyce A. Jennings
                        Plaintiff,

v.                                                       Case No.: 1:07–cv–07163
                                                              Honorable James F. Holderman

Bloomingdale's Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable James F. Holderman: On Defendant Bloomingdale's Inc.'s motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), (4) and (5) [11], response due by 8/18/2008; reply due by 9/4/2008. The Court to rule electronically and will set further dates at the time of ruling. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.