## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JOYCE A. JENNINGS,

      Plaintiff,

      vs.

BLOOMINGDALE'S, INC.,

      Defendant

Case No.: 07 CV 7163

### DECLARATION OF WILLIAM RUHRKRAUT IN SUPPORT OF DEFENDANT'S MOTION TO: (1) STAY THE ACTION WHILE THIS MOTION IS PENDING; (2) COMPEL ARBITRATION; AND (3) DISMISS THE ACTION OR, IN THE ALTERNATIVE, STAY THE ACTION PENDING ARBITRATION

I, William Ruhrkraut, hereby declare and state as follows:

1.      I submit this declaration in support of Defendant's Motion to (1) Stay the Action While This Motion is Pending; (2) Compel Arbitration; and (3) Dismiss the Action or, In the Alternative, Stay the Action Pending Arbitration. The facts stated here are within my personal knowledge. If called upon to do so, I could and would competently testify to these facts.

2.      I am employed as the Regional Human Resources Manager for the Midwest region of Bloomingdale's, Inc. ("Bloomingdale's"), a subsidiary of Bloomingdale's Retail Holdings, Inc. My Midwest region includes the four Bloomingdale's stores in Chicago and one Bloomingdale's store in Minnesota, (collectively, "my Region"). I have held this position since approximately September 2005.

3.      My office is located at 600 N. Wabash Ave., Chicago, Illinois 60611.

4.      In my capacity as Regional Human Resources Manager - Midwest, I am responsible for the implementation of activities, programs, and policies related to employee

Exhibit 2

relations at the stores in my Region. I am also called upon to make decisions relating to disciplining or discharging employees who violate company policy in the stores in my Region. In addition, I either investigate or supervise employees in investigating claims of harassment and/or discrimination that take place in the stores in my Region.

5.    I am also involved in enforcing policies and procedures for employees to use in performing their day-to-day activities at the stores in my Region. I am familiar with the procedures used to acquaint new employees with the company during their orientation. All of the Bloomingdale's stores in my Region, including the one located at North Michigan Avenue, are required to follow the same procedures for new hire orientation.

6.    An additional part of my job responsibilities involves overseeing the personnel files and other employment records of current and former Bloomingdale's employees in the stores in my Region. These files are maintained in the ordinary course of business.

7.    Joyce Jennings was hired as a sales associate in the North Michigan Avenue Bloomingdale's store in November 2004, which is a store in my Region.

8.    During the new hire process, employees complete initial new-hire paperwork and an employment application. Bloomingdale's employees, including Ms. Jennings, are given their new-hire paperwork and employment application prior to their first day of starting work. The new-hire presents the completed forms on the new-hire's first day of work, and a person employed by the Human Resources department will input the information into the company's employee database, PeopleSoft.

9.    The employment application refers to the Solutions InSTORE program and informs employees that if they are offered a position, they will have 30 days from their date of hire to decide if they want to participate in binding arbitration. This document tells employees to

2

read all documents given to them and to ask questions if they have them. A true and correct copy of Ms. Jennings' Employment Application with Ms. Jennings's confirmation is attached hereto as **Exhibit A**.

10.     Along with their new-hire paperwork, Bloomingdale's employees, including Ms. Jennings, are given a copy of the Solutions InSTORE Brochure – "Early Dispute Resolution". This brochure explains the program and also informs employees that they have time to opt out of the program by completing the Election Form that is attached to the brochure. A true and correct copy of the brochure and the attached Election Form is attached hereto as **Exhibit B**.

11.     In addition, explaining the Solutions InSTORE program is an important part of the new hire orientation. During the orientation, the store employee facilitating the new hire orientation is to discuss the content of the brochure at length and answer any questions the employees may have, including how to opt out of Step 4 arbitration.

12.     Employees are required to complete an acknowledgement that they received a copy of the brochure as part of their new hire paperwork. In signing the acknowledgement, the employee states that she has received the brochure, understands that she may opt out of Step 4 arbitration, and can obtain further information about the program from a variety of sources, such as the Solutions InSTORE website, which is found at www.employeeconnection.net.

13.     Ms. Jennings completed her "Solutions InSTORE New Hire Acknowledgement" and a true and correct copy of it is attached hereto as **Exhibit C**.

14.     The Election Form for opting out is stapled to the center of the Early Dispute Resolution brochure. A separate copy of the election form is attached hereto as **Exhibit D**.

15.     Newly hired employees are also shown a videotape related solely to Solutions InSTORE during their orientation. Once again, the tape explains the program and informs

employees that they may opt out of Step 4 arbitration. Every Bloomingdale's store is expected to show the videotape during their new hire orientations. As such, Ms. Jennings should have seen this tape during her orientation.

16.    Each of the Bloomingdale's stores in my Region was given copies of the posters from the Office of Solutions InSTORE to display in areas frequented by employees. The posters explain the Solutions InSTORE program's 4 steps. There are numerous locations throughout a given store where the posters are available to employees, including the Human Resources office, the employee bulletin board, the employee lounge, the employee locker room, and the employee entrance to the store.

I declare under penalty of perjury under the laws of the State of Illinois that the above is true and correct.

Executed this 17th day of July 2008, at Chicago, Illinois.

William Ruhrkraut

BEFORE ME, a Notary Public in and for the State of Illinois on this _17_ day of ___July___, 2008, personally appeared _WILLIAM RUHRKRAUT_ to me well known to be the person described in and who signed the foregoing, and acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal the date aforesaid.

(NOTARY PUBLIC)

"OFFICIAL SEAL"
Adam Demont
Notary Public, State of Illinois
Cook County
My Commission Expires Aug. 31, 2010

# bloomingdale's

**APPLICATION FOR EMPLOYMENT**
Bloomingdale's is an equal opportunity employer

*MAiLiNG: P.O. Box 5688 EVANSTON, IL 60*

**PLEASE PRINT NEATLY**

**Name** Last *JENNINGS*  First *JOYCE*  Middle *A.*   Social Security Number *351601462*

**Current Address** Street *9118 S. Ashland Chicago* State *IL* Zip *60620*  Home (or nearest) phone: *(847)644-9287*

**Previous Address** Street *331 Custer Ave. Evanston* City State *IL* Zip *60202*  Alternate phone:

Do you have a legal right to work in the United States? YES [X] NO [ ]   If you are under age 18, state your age:

Have you previously worked for or in a Bloomingdale's or another division or affiliated company of Federated Department Stores? If yes, under what name may your previous employment records be found?   YES [ ] NO [X]

Have you ever been convicted of a felony or misdemeanor? (Conviction does not necessarily bar employment) If yes, please explain (the applicant is not obligated to disclose sealed or expunged records of conviction or arrest):   YES [ ] NO [X]

For what position are you applying? *SALES*

For what schedule are you applying? (circle only one) Full-time / (Part-time) / Evening/Weekend

Are you looking for: Regular [X] Temporary [ ]

How did you happen to apply at Bloomingdale's? Newspaper Ad [ ] Name: Employee Referral - Name: *Rochelle Uellez-Smith* Job Fair [ ] Internet [ ] Walk-in [ ] Recruitment [ ]

Briefly describe any special skills, interests, qualifications or experiences that you feel will contribute to your success at Bloomingdale's, or which you feel qualify you for the position for which you are applying.

*PREVIOUSLY EMPLOYED CRATE AND BARREL CATALOG CUSTOMER SERVICE AND BRIDAL REGISTRY FROM SEASONAL TO PERMANENT.*

**EXPERIENCE:** List your prior work or relevant volunteer positions held:

| Dates of employment | Rate of Pay | Position held | Name and Address of Employer | Reason for leaving |
|---|---|---|---|---|
| 6/02 – PRESENT | $9/hr. | CLERICAL | MONUMENT OF FAITH CHURCH 2750 W. Columbus Ave, CHGO. | |
| 10/00 – 9/01 | $17/hr | QUALITY CONTROL SPEC. | CHAC, INC. 1000 S. WABASH | DEPARTMENTAL UNIT UNDERSTAFFED |
| 9/97 – 10/99 | $10/hr | SALES/CUST. SCUS. | CRATE & BARREL CORP. 1860 W. JEFFERSON, NAPERVILLE | OFFICE RELOCATION |
| 2/00 – 9/00 | $13/hr | ADM. ASST. | UNIQUE OFFICE SCUS. 203 N. WABASH, CHGO, IL | TEMPORARY |

Please note: We will contact prior employers. Your present employer will be contacted only with your consent, or after you have given notice of your resignation. If we may contact your present employer at this time, please sign on the line below.

Signature: *Joyce Jennings*  Date: *11/19/04*

**Exhibit A**

| EDUCATION | Name/Address of School | Circle year completed | | | | Did you graduate? | Degree/ Major |
|---|---|---|---|---|---|---|---|
| High School | EVANSTON TOWNSHIP | 1 | 2 | 3 | (4) | YES | |
| College | LOYOLA UNIVERSITY | 1 | 2 | 3 | (4) | NO | FINANCE |
| Grad School | | 1 | 2 | 3 | | | |
| Trade School | | 1 | 2 | 3 | | | |
| Other | | 1 | 2 | 3 | 4 | | |

Are you currently attending school?   Yes ☒   No ☐        If yes, give name of institution, and days/hours of courses:

FiNAl COURSE LOYOlA UNIVERSITY beginning JAN. '05

## Please read carefully before signing.

I certify that the answers I have given on this application are true and accurate to the best of my knowledge and I understand that any false or misleading answers, or any omission or concealment of facts will disqualify me from consideration for employment, or will be grounds for my immediate dismissal. I understand that in order to complete the processing of my application it will be necessary for me to provide Bloomingdale's with a signed written consent authorizing Bloomingdale's or its agents to obtain a consumer report at any time concerning me from consumer reporting agencies (e.g., credit bureaus, employers' mutual associations, etc.) which may include a criminal background check. Upon written request from me to Bloomingdale's, I will be informed of the name and address of each consumer reporting agency, if any, from which Bloomingdale's has obtained a consumer report relating to me. I understand that information received by Bloomingdale's from another company or person concerning my experiences with that company or person may be shared at any time by Bloomingdale's with its affiliates. In addition, Bloomingdale's may share with our affiliates other types of information, including information obtained from consumer reporting agencies. If I do not want Bloomingdale's to share this other information, I need to send a written direction not to communicate this information to: Bloomingdale's, 155 East 60th Street, New York, NY 10022, Attn.: Director of Personnel Administration. I also understand that Bloomingdale's may obtain or cause to be prepared an investigative consumer report which may include information obtained through personal interviews regarding my character, general reputation, personal characteristics or mode of living and that I have the right to request, within a reasonable time period, a description of the nature and scope of the investigative report and a Summary of Consumer Rights. This waiver does not permit the release or use of disability related or medical information in a manner prohibited by the Americans with Disabilities Act (ADA) and other relevant federal and state laws.

---

California and Minnesota Applications only: I understand that I have the right to request additional information as to the nature of any consumer report in MN and I will be informed as to the source of any credit report obtained in California. When a consumer report is obtained by Bloomingdale's in MN or when a credit report is obtained in California, I elect to receive a copy of the report: YES ☐  NO ☐

---

In consideration of my employment, I agree to conform to the rules and regulations of the company. I further understand and agree that my employment is at will, and can be terminated at will, with or without cause or prior notice. I understand that no supervisor, manager or other representative of the Company except the Senior Vice President of Human Resources, has the authority to enter into any agreement for employment for any specific period of time, or to make any express or implied agreement contrary to the foregoing. Any agreement contrary to the foregoing must be in writing and must expressly state that it is a contract and must be signed by me, and by the Senior Vice President of Human Resources.

Solutions InSTORE: Please note that if you are hired, you will be given thirty (30) days from your date of hire to decide if you want to participate in the final step of the Company's early dispute resolution program, Solutions InSTORE, which is final and binding arbitration. It is important that you read all materials and ask any questions you have so that you are fully informed about what Solutions InSTORE has to offer.

I understand that any offer of employment is conditioned upon the satisfactory completion of the verification process as required by the Immigration and Reform Control Act of 1986, and that the Company will hire only those individuals who are legally authorized to work in the United States and who present acceptable proof of their lawful employment status and identity.

By placing my signature below, I certify and acknowledge that I have read the above and understand it.

_(signature)_ Jennings        Date 11/19/04
Signature of applicant

| (Regular)   Temp | Job Title: Sales | Schedule: P+ | Hourly Rate 8.75 | Weekly Rate |
|---|---|---|---|---|
| Rehire   Original Hire Date: | | Hours per week:   Dept. No 300 | Non-Exempt | Exempt |
| HR Rep. | Employee Number: | | Pay Range: | |

Jewelry



# Solutions
## In·STORE
Early Resolution
Positive Workplace



# Early Dispute Resolution

## FEDERATED DEPARTMENT STORES



**Exhibit B**

# positive work place

A t Federated, we believe in building strong work relationships. These relationships allow us to learn from each other, give us a sense of community and greatly contribute to our job satisfaction. But just like at home, we need to take care of our relationships. That means when we have disagreements at work, we give them our immediate attention. Left unresolved, these conflicts can damage relationships, distract us from doing our jobs and occasionally even lead to costly and upsetting litigation. That's why we are proud to share with you our Early Dispute Resolution (EDR) program. This program, called Solutions InSTORE, is a four-step process that improves the way we now solve workplace disputes. It provides additional steps, as needed, to encourage problem solving at the earliest possible level.



Solutions InSTORE

COMMON GROUND

L'AROMATIQUE

2

**PROGRAM STEPS:**



**KEY POINTS:**

**1:** *Steps 1 and 2 are available for all kinds of workplace disputes, big or small - see page 6 for examples).*

**2:** *You drive the process – the Company is bound by the decision at every step, but you decide whether you are satisfied or would like to proceed to the next step.*

**3:** *Only the more serious kinds of disputes (that would otherwise be considered in a court of law), such as wrongful termination can be advanced to Steps 3 or 4.*

**4:** *If you take your dispute all the way to Step 4, you and the Company are bound by the decision of the independent arbitrator.*

**5:** *Respect for your privacy and confidentiality are key features of this program. With Solutions InSTORE, you can be certain that the issue will remain confidential. Only those with a business need to know will be involved.*

**STEP 1:  Open Door —** an informal way to discuss your problem with your supervisor or any other member of your local management team (e.g., Store or Facility Manager, HR Representative).

**STEP 2:  Office of Your Divisional Senior Human Resources Management** — a written complaint sent to your division's most senior Human Resources office where it is reviewed by an HR professional who was not previously involved in the Open Door decision.

**STEP 3:  Request for Reconsideration —** a formal review of eligible claims using one of the following two options (both are impartial and independent of your division management):

• **Peer Panel:** A panel of people in similar positions to you ("peers") within your division, or

• **Office of Solutions InSTORE:** An executive who works with the Solutions InSTORE program, located in Cincinnati, Ohio.

**STEP 4:  Arbitration —** A formal review of your complaint, similar to a court proceeding, but decided by an independent "arbitrator" who is an employee of the American Arbitration Association (AAA), not the Company.

# for the benefit of all



With Solutions InSTORE, we want a program that will reinforce the value of each Associate as well as the importance of really listening to each other and understanding our different points of view. As always, we want to provide the very Best Work Environment. We talked to many leading companies that have introduced successful ways to resolve workplace disputes. We learned that there are many time-tested programs out there and each one is a little different. Finally, we studied our own employee population and designed the steps that we thought would work best for our diverse workforce.



For a company of our size, we are fortunate to have very few employment-related lawsuits. However, in those rare instances when one does occur, it is almost always disruptive, time-consuming and costly for everyone involved. We would much rather see our Company's resources used more productively on programs that benefit all our Associates.



### HERE'S WHY THIS SPECIAL PROGRAM WILL BENEFIT YOU, OUR COMPANY AND OUR CUSTOMERS:

**IT'S FAIR.**
Solutions InSTORE offers you multiple opportunities to have your dispute heard by a third party – some are close to your situation and others are more removed. You decide whether to accept the outcome of each step or move to the next one – as long as it's appropriate for your type of dispute.

**IT PRESERVES WORK RELATIONSHIPS.**
By creating a way for everyone to work out differences respectfully, Solutions InSTORE lets you build solid relationships and grow in your job.

**IT RETAINS YOU AS AN EMPLOYEE.**
Hopefully, if you have good work relationships with your manager and cowork-ers and the opportunity to learn new skills, you will continue to stay happily employed in our Company.

Exhibit B - 000004



RELATIONSHIPS

**IT'S QUICK.**
There are timing guidelines at each step so disputes cannot drag on. You will always get answers to your questions, and the process is designed to move your dispute along quickly.

**IT'S INEXPENSIVE FOR YOU AND THE COMPANY.**
Even if your dispute ends up in arbitration, you pay only a small percentage of the arbitration costs. And, if the arbitrator rules in your favor, the Company pays 100% of all arbitration costs. There is even legal financial assistance available to you from the Company. For both you and the Company, Solutions InSTORE is much less costly than arguing a case in court.

**IT'S CONFIDENTIAL.**
Everyone involved in Solutions InSTORE is committed to keeping all disputes confidential. This means we involve only those with a business need to know.

**IT'S FREE OF RETALIATION.**
Retaliation, in any form, is something the Company will not tolerate. You can count on it!

**STEP ONE:**

# open door

Open Door is the starting point for most disputes. In the majority of cases, it will also be the ending point – where your concerns are discussed and resolved to your satisfaction.

Under the Open Door policy, you are encouraged to discuss your situation with your supervisor since he or she usually knows you the best and can most likely resolve your concern. If you feel more comfortable, you can also discuss your concern with another member of local management (for example, another member of your management team like your Store or Facility Manager or your Human Resources Representative).

Open Door is usually successful because we are problem-solving at a very early stage and you have access to supervisors and managers who know you and understand your issues.

If this process does not work for you, for whatever reason, you may proceed to Step 2 by submitting a written request to the office of your Senior Human Resources Management in your division's corporate office.

**HOW STEP 1 WORKS:**



| | | |
|---|---|---|
| BRING DISPUTE TO SUPERVISOR OR OTHER MEMBER OF YOUR MANAGEMENT TEAM | SUPERVISOR RESPONDS | IF NOT SATISFIED, GO TO STEP 2 |

You bring your dispute to your supervisor or to a member of your local Human Resources or management team

Supervisor/Human Resources management responds verbally back to you in a reasonable time frame

If you are not satisfied with the response, you can go to Step 2

## STEP TWO:

6

**KEY POINTS:**

*What's Covered Under Steps 1 & 2 of Solutions InSTORE*

*All kinds of issues – big or small – including:*

- *Disputes about vacation time or absences from work*
- *Pay disputes and performance issues*
- *Personality conflicts that affect job performance*
- *Perceived discrimination or sexual harassment*
- *Warnings and termination*

human resources

S tep 2 still takes place within your division but it is more formal than Open Door. In this step, your dispute is referred to your division's most Senior Human Resources professionals for a thorough review.

**HOW STEP 2 WORKS:**

MAKE A WRITTEN COMPLAINT TO DIVISION'S SENIOR HR MANAGEMENT → COMPLAINT REFERRED TO APPROPRIATE HR EXECUTIVE → HR EXECUTIVE COMPLETES INVESTIGATION AND PREPARES A RESPONSE → IF NOT SATISFIED, GO TO STEP 3

You make a written complaint to your division's Senior Human Resources Management within 30 days of the Open Door decision

Your complaint is referred to an appropriate Human Resources executive who is not involved in your Step 1 decision

A Human Resources executive completes the investigation and prepares a response to you

If you are not satisfied, you can proceed to Step 3 as long as your dispute could be considered in a court of law, for example, in cases of perceived discrimination or harassment

**STEP THREE:**

# request for reconsideration

## KEY POINTS:

*Employees who volunteer and meet the criteria to become a member of the peer panelist team for their location or region, receive specialized training when they are randomly selected to serve on a panel. This training gives panelists confidence in their role and prepares them with the skills needed to make the most appropriate decision when determining a response to a claim.*

I f you're not satisfied with the results of Step 2 and your claim could otherwise be considered in a court of law, you may proceed to Step 3 — Request for Reconsideration. In this step, you have two very different options to choose from. Call the Solutions InSTORE office to make arrangements for your request to be handled by the most appropriate process, either:

| Review by a Peer Panel | OR | Review by the Office of Solutions InSTORE |

### Review by a Peer Panel

The Peer Review process gives you a chance to take your case to a panel of people just like you. Because peer panelists are generally from your location or region and have similar jobs, they are uniquely qualified to understand your dispute. The panel usually includes three volunteer panelists (two at your level and one at the next higher level) and one facilitator who helps direct the process, but does not vote on the outcome of the claim. The Company is so confident that these Associates will look at your situation with care and use good judgment that it is willing to abide by the panel's decision.

The Peer Panel process is available for most disputes related to final written warnings or terminations. Exceptions would include claims related to layoffs, harassment, and discrimination – claims that would truly benefit from a review by a trained professional. Step 3 claims like these will be directed for review by an executive of the Office of Solutions InSTORE.

### HOW STEP 3 WORKS:




| CONTACT SOLUTIONS INSTORE OFFICE | SELECT EITHER PEER REVIEW OR REVIEW BY THE OFFICE OF SOLUTIONS INSTORE | REVIEW IS CONDUCTED | GO TO STEP 4 |

You contact the Solutions InSTORE office

With the help of the Solutions InSTORE office, determine which Step 3 option, Peer Review or Review by the Office of Solutions InSTORE is appropriate for your claim

The review is conducted either by a Peer Panel or by the Office of Solutions InSTORE

While the Company is bound by the decision, if you are not satisfied with the results of this process, you can proceed to Step 4



**KEY POINTS:**

**1:** *Any type of dispute that could be heard in a court of law, including if you feel you were overlooked for a promotion or discriminated against because of race or age, or if you believe you've been the subject of sexual harassment, or terminated improperly is appropriate for Steps 3 and 4.*

**2:** *The staff of the Office of Solutions InSTORE, which is located in Cincinnati, Ohio) is available to assist you should your claim proceed to Steps 3 and 4 of the Solutions InSTORE program. When calling, you can speak confidentially to a professional who can answer questions or provide information about the program and how it works.*

### Review by Office of Solutions InSTORE

If at Step 3 you prefer your claim to be heard by an employee relations professional, or if it falls outside of what can be reviewed by a Peer Panel, you may take it to the Federated Corporate Office of Solutions InSTORE. The program director of Solutions InSTORE is responsible for conducting a thorough investigation, gathering information from you and possibly other witnesses involved in your situation. You will receive a decision in writing within a reasonable time frame from the day your complaint is received, generally within 45 days. If you are not satisfied with the decision, you may proceed to Step 4.

### More about the Office of Solutions InSTORE

When deciding to file a claim at Step 3, you will speak to a member of the Office of Solutions InSTORE who will help you decide which Step 3 option(s) applies to your claim. Once you determine between the Peer Panel or Review by the Office of Solutions InSTORE, a member of the Solutions InSTORE staff will guide you through the process to ensure your claim receives the proper review.

If you receive a decision for your Step 3 claim that you are still not satisfied with, the Solutions InSTORE staff will also help guide you through Step 4 – Arbitration.

For assistance with a Step 3 claim, you can contact the Office of Solutions InSTORE by calling 1-866-285-6689.

 **STEP FOUR:**

## KEY POINTS:

*The American Arbitration Association (AAA) is a public service, nonprofit organization that offers a wide range of dispute resolution services to private individuals, businesses, associations and all levels of government. AAA is the largest provider of early dispute resolution services in the United States.*

# arbitration

I f you are not satisfied with the results of Step 3, you may proceed to Step 4 — Arbitration, a process outside of and independent from the Company. This is the last step in the Solutions InSTORE program.

Arbitration is a lot like a court proceeding, but it's less formal, less time-consuming and less expensive. Even so, many of the same processes will take place — including presenting evidence and hearing witnesses. What's different is that an arbitrator from the American Arbitration Association (who is like a judge), makes the final decision rather than a jury.

## HOW ARBITRATION WORKS:



| | | | |
|---|---|---|---|
| MAKE A WRITTEN REQUEST FOR ARBITRATION | YOU AND COMPANY AGREE ON AN ARBITRATOR | ARBITRATION SESSION HELD | DECISION IS FINAL FOR EVERYONE |
| You make a written request for arbitration to the Office of Solutions InSTORE within 30 days of Step 3 decision | You and the Company agree on an arbitrator | Arbitration session is usually held within 90 days of arbitrator selection | The arbitrator's decision is final and binding for everyone |

**Monetary awards** – The arbitrator can award the same damages available in a court of law – and if the decision is in your favor, **you** receive the benefits, not just your lawyer. In court cases, the legal fees have become so large that in the end, it's the lawyers who benefit the most from any monetary awards.

**Legal counsel** – You may wish to have an attorney present at arbitration. The Solutions InSTORE program will reimburse you for up to $2,500 in a rolling calendar year for attorney costs related to arbitration. You can use this money to consult an attorney to see if you should bring your claim to arbitration or for the actual cost of having one present at the proceeding. If you don't bring an attorney to arbitration, the Company won't either. In this case, Solutions InSTORE will pay up to $500 of the expenses you may incur in preparing and presenting your claim.

**Arbitration costs** – Arbitration costs are separate from attorney costs. You'll pay a portion of the arbitration costs (filing fee) up to a maximum of $125. And, if the arbitrator rules in your favor, the Company will reimburse you for your portion of the filing fee.

Taking your claim to arbitration is like taking your claim to a court of law. The same remedies are available to you as in a court of law, however, when you agree to arbitrate instead of taking your claim to court, Solutions InSTORE has several other advantages and benefits for you.

| | STEP 4: arbitration | court of law |
|---|---|---|
| **WHO HEARS MY CLAIM?** | An independent arbitrator from outside the Company, specially trained to hear employment related disputes. For example, retired judges may serve in this role. | A judge who may not specialize in employment law or jury who is completely unfamiliar with and has no specific training in employment law. |
| **HOW QUICKLY CAN MY DISPUTE BE RESOLVED?** | Most arbitration processes take less than 90 days to complete. That means you will be able to have a final resolution much faster. | In a court of law, your claim will take much longer to resolve. The average today is 2-5 years. |
| **WHAT IS THE COST TO FILE A CLAIM?** | A percent of your pay, however, in no case will you pay more than $125. | The current fee to file your claim in a Federal District Court is $150, and if further appeals are required additional fees apply. |
| **DO I GET ANY KIND OF LEGAL FINANCIAL BENEFIT?** | You can receive up to $2,500 per rolling calendar year. | None |
| **AM I REQUIRED TO HAVE AN ATTORNEY?** | No, but you can if you want. It is your choice. The tone of an Arbitration proceeding is much less formal than a court of law, even though it can have the same results. Many employees choose to represent themselves. And if you choose not to bring an attorney, the Company won't either. | While you can represent yourself in a court of law, the legal system is much more formal and complex, often requiring you to pay for legal representation to manage through the system. |

## STEP FOUR: the decision is yours

**IF YOU WORK IN THE STATE OF NEW JERSEY, ALABAMA, LOUISIANA, OR MINNESOTA:**

*You are required to return the enclosed form indicating your election. Please respond within 30 days from your hire date.*

**Your Solutions InSTORE enrollment period** will be your opportunity to decide whether you want to receive the benefits of all four steps of this program during your career with the Company. When electing to be covered by the benefits of final and binding arbitration, you and the Company agree to use arbitration as the sole and exclusive means to resolving any dispute regarding your employment; we both waive the right to civil action and a jury trial. If you decide you would like to be excluded from participating in and receiving the benefits of Step 4, we will ask you to tell us in writing by completing the form enclosed in this brochure and returning it to the Office of Solutions InSTORE at the address provided **within 30 days of your hire date.** In this case, Steps 1-3 will continue to apply to you – you won't however, be eligible for the benefits available under the Step 4: Arbitration process.

At Federated, we have a special community – and anytime you have a problem at work, it matters. You deserve respect, attention and a clear, unbiased process to help resolve your problems – quickly and fairly. That's Solutions InSTORE.

**More specific details** are in the program's Plan Document which governs Plan administration. A copy of the Plan Document can be obtained by logging onto www.employeeconnection.net, requested through your local human resources representative, by sending an email to solutions.instore@fds.com or by calling the Office of Solutions InSTORE at 1-866-285-6689.

# facts about arbitration

- There has been an evolution of companies moving to programs which include arbitration.
- Court dockets are extremely crowded. The vast majority of lawsuits never get to trial.
- Arbitration is faster, cheaper and more satisfying for parties than traditional litigation:

| | arbitration | vs. | litigation |
|---|---|---|---|
| **AVERAGE LENGTH OF TIME** | 80-100 days | vs. | 2-5 years |
| **COMPANY COST** | $3,000 - $15,000 [1] | vs. | $50,000 |
| **EMPLOYEE COST** | Filing fee up to one day's pay capped at $125, which is refunded if employee wins. Employee eligible for $2,500 from the Company to help offset attorney costs, if one is used. | vs. | A minimum filing fee of $150 (Federal Court). No legal financial assistance benefit to help offset attorney fees. |
| **EMPLOYEE WINS** | >50% of time [2] | vs. | 15% of the time |
| **EMPLOYEES WIN** | 18% of requested remedy [3] | vs. | 10.5 % of requested remedy [4] |
| **CLASS ACTIONS** | No | vs. | Yes |

- The American Arbitration Association (AAA) is a not-for-profit agency Federated chose to oversee the arbitration step of Solutions InSTORE. AAA is the largest provider of arbitration services in the world with more than 75 years of experience and over 2 million disputes administered.
- The arbitration process developed by AAA has been endorsed by the following organizations: American Civil Liberties Union, Federal Mediation and Conciliation Service, National Academy of Arbitrators, and National Society of Professionals in Dispute Resolution.
- Federated's EDR program, Solutions InSTORE, exceeds the AAA's due process protocol.

[1] Lewis L. Maltby, Private Justice: Employment Arbitration and Civil Rights, 30 Columbia Human Rights Law Review 29 (1998)
[2] Id.
[3] Id.
[4] This number does not include cases that were dismissed from court when the employer lost and did not award


**Federated**
DEPARTMENT STORES, INC.

*This booklet is a summary of the provisions and benefits of the Solutions InSTORE program. For a copy of the Plan Document see page 10.*

*Associates covered under a collective bargaining agreement are not automatically eligible to participate in the Solutions InSTORE program.*

2003



**EARLY DISPUTE RESOLUTION PROGRAM**
**ELECTION FORM**

**Federated**
DEPARTMENT STORES, INC.

## URN THIS FORM ONLY IF DECLINING THE BENEFITS OF ARBITRATION.

ederated is pleased to offer our employees the full benefits of Solutions InSTORE, our early dispute resolution program. Solutions InSTORE offers many ways to resolve almost any type of workplace dispute, large or small. Because it emphasizes early resolution, this program will help us preserve our work relationships so that you can enjoy the kind of work environment that supports success.

f you have not yet done so, please review the entire Solutions InSTORE program brochure that accompanied this orm. It describes the benefits of the program and the action you must take regarding Step 4 of the program. You may also obtain a copy of the program's Plan Document by logging on to www.employeeconnection.net, by equesting it through your local Human Resources Representative, by sending an email to solutions.instore@fds.com or by calling the Office of Solutions InSTORE at 1-866-285-6689. While Steps 1-3 will be available and apply to everyone, this form serves as an election form if you choose not to be covered by the benefits of Arbitration. Please read all information, including this form, carefully.

Complete and return this form ONLY IF YOU **DO NOT** WANT TO BE COVERED BY THE BENEFITS OF ARBITRATION during your career with the company. *In this case, your completed form must be returned to the Office of Solutions InSTORE and postmarked no later than 30 days from your hire date.* Si le gustaria tener este formulario en español, favor de llamar el numero 1-866-285-6689.

P    se CLEARLY print all requested information.

Full Name  _____    Social Security Number  _____

Address  _____    Home Phone Number  (___)_____

City  _____ State _____ Zip _____    Employee ID Number  _____

Division  Name  _____    Store/Work Location Name  _____

> [  ] **I Decline The Benefits of Arbitration**
> I have read all the information about Solutions InSTORE and I elect
> NOT to be covered by the benefits of Arbitration.

**AUTHORIZATION** *I have read and understand the program information, and voluntarily agree that I am waiving the ability to participate in Step 4 of the Solutions InSTORE program. Please keep a copy of this form.*

I _____ on _____ understand that my election as of this date will be binding for the
    *(Associate Signature)*        *(Date)*
duration of my employment with Federated Department Stores, Inc. and its subsidiaries.

---

**If declining the benefits of Arbitration, Step 4 of Solutions InSTORE, return your form to:**

**Solutions InSTORE**
**P.O. Box 3083**
**Mason, OH  45040-9853**

Exhibit B - 000013



## Solutions InSTORE New Hire Acknowledgement

I have received a copy of the Federated Department Stores' Solutions InSTORE brochure and understand that I have 30 days from my date of hire to review the information and postmark my form to the Office of Solutions InSTORE if I elect to decline the benefits of Step 4 of the program, Arbitration. If more detailed plan information is desired, I know I can obtain a copy of the Plan Document by logging on to www.employeeconnection.net, by requesting it through my Human Resources Representative or the Office at Solutions InSTORE as indicated on the election form. Questions regarding the program can be directed to my manager or Human Resources Representative.

JOYNE JENNINGS
_____
Print Name

_____          11/19/04
Signature                                Date

**Exhibit C**

Issued 10/22/03

 **EARLY DISPUTE RESOLUTION PROGRAM ELECTION FORM** 

# RETURN THIS FORM ONLY IF DECLINING THE BENEFITS OF ARBITRATION.

Federated is pleased to offer our employees the full benefits of Solutions InSTORE, our early dispute resolution program. Solutions InSTORE offers many ways to resolve almost any type of workplace dispute, large or small. Because it emphasizes early resolution, this program will help us preserve our work relationships so that you can enjoy the kind of work environment that supports success.

If you have not yet done so, please review the entire Solutions InSTORE program brochure that accompanied this form. It describes the benefits of the program and the action you must take regarding Step 4 of the program. You may also obtain a copy of the program's Plan Document by logging on to www.employeeconnection.net, by requesting it through your local Human Resources Representative, by sending an email to solutions.instore@fds.com or by calling the Office of Solutions InSTORE at 1-866-285-6689. While Steps 1-3 will be available and apply to everyone, this form serves as an election form if you choose not to be covered by the benefits of Arbitration. Please read all information, including this form, carefully.

Complete and return this form ONLY IF YOU **DO NOT** WANT TO BE COVERED BY THE BENEFITS OF ARBITRATION during your career with the company. *In this case, your completed form must be returned to the Office of Solutions InSTORE and postmarked no later than 30 days from your hire date.* Si le gustaria tener este formulario en español, favor de llamar el numero 1-866-285-6689.

---

Please CLEARLY print all requested information.

Full Name _____     Social Security Number _____

Address _____     Home Phone Number (___)_____

City _____ State _____ Zip _____     Employee ID Number _____

Division Name _____     Store/Work Location Name _____

---

**[ ] I Decline The Benefits of Arbitration**
I have read all the information about Solutions InSTORE and I elect
NOT to be covered by the benefits of Arbitration.

---

**AUTHORIZATION** *I have read and understand the program information, and voluntarily agree that I am waiving the ability to participate in Step 4 of the Solutions InSTORE program. Please keep a copy of this form.*

I _____ on _____ understand that my election as of this date will be binding for the
　(Associate Signature)　　　　　　　(Date)
duration of my employment with Federated Department Stores, Inc. and its subsidiaries.

---

If declining the benefits of Arbitration, Step 4 of Solutions InSTORE, return your form to:

**Solutions InSTORE**
**P.O. Box 8083**
**Mason, OH 45040-9853**

**Exhibit D**