UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOYCE A. JENNINGS,<br>　　　　Plaintiff,<br>　vs.<br>BLOOMINGDALE'S, INC.,<br>　　　　Defendant | )<br>)<br>)<br>)<br>) Case No.: 07 CV 7163<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:　Ms. Joyce A. Jennings, Plaintiff
　　　P.O. Box 5688
　　　Monroe Street, #G
　　　Evanston, IL  60204

　　**PLEASE TAKE NOTICE** that on **August 5, 2008** at **9:00 a.m.**, the undersigned shall appear before the **Honorable Chief Judge James Holderman** any judge sitting in his stead, in **Room 2541** of the United States District Court, Northern District of Illinois, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present to the Court Defendant's Motion to: (1) Stay the Action While Motion is Pending; (2) Compel Arbitration and (3) Dismiss the Action, a copy of which is hereby served upon you.

NAME:　　　　**SMITHAMUNDSEN LLC**　　　　ATTORNEY FOR: **Defendant**
ADDRESS:　　**150 North Michigan, Suite 3300**
CITY:　　　　**Chicago, Illinois 60601**
TELEPHONE:　**(312) 894-3200**

## AFFIDAVIT OF SERVICE

　　. The undersigned certifies that she served a copy of the above Notice of Motion by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

　　　　　　　　　　　　　　　　　　　/s/ Jill A. Cheskes - 06237878
　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendants

SMITHAMUNDSEN LLC
150 North Michigan Avenue - Suite 3300
Chicago, Illinois  60601
(312) 894-3200