# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7163 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Joyce A. Jennings vs. Bloomingdale's Inc. | | |

**DOCKET ENTRY TEXT**

Defendant Bloomingdale's Inc.'s motion to dismiss for lack of personal jurisdiction, for insufficient process, and for insufficient service of process filed on July 7, 2008 [11] is denied due to Bloomingdale's waiver subsequent to the filing of that motion.  On July 29, 2008, Bloomingdale's Inc. filed with the court a "Motion to (1) Stay the Action while Motion is Pending; (2) Compel Arbitration and (3) Dismiss the Action, or in the Alternative, Stay the Action Pending Arbitration" (Dkt. No. 15), in which Bloomingdale's asks the court to compel Jennings to arbitrate the dispute.  Bloomingdale's July 29, 2008 request is inconsistent with its assertion that the court lacks personal jurisdiction over it.  Accordingly, Bloomingdale's has waived any objection to personal jurisdiction, the sufficiency of process, or the sufficiency of service of process.

Notices mailed.

## STATEMENT

| | |
|---|---|
| | Courtroom Deputy Initials: |