UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joyce A. Jennings
       Plaintiff,

v.              Case No.: 1:07–cv–07163
               Honorable James F. Holderman

Bloomingdale's Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

  MINUTE entry before the Honorable James F. Holderman: Defendant Bloomingdale's Inc.'s motion to stay while motion is pending; to Compel Arbitration; and to Dismiss the Action [15] is entered and continued to 8/19/2008 at 9:00 AM; plaintiff fails to appear. Plaintiff, Joyce Jennings is ordered to appear on 8/19/2008 at 9:00 AM so motion can be addressed. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.