UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joyce A. Jennings
                                Plaintiff,

v.                                                      Case No.: 1:07−cv−07163
                                                         Honorable James F. Holderman

Bloomingdale's Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable James F. Holderman:Motion hearing held on 8/19/2008 regarding Defendant's combined motion to stay, [15] the action while motion is pending; compel arbitration and dismiss the action, or in the alternative stay the action pending arbitration. The plaintiff is to respond to defendants combined motion (Doc. No. 15) on or before 9/19/2008. Defendants are to reply by 10/10/2008.)Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.